## INDUSTRIAL COMM v WESTHOEFER

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 10, 1934

For full opinion see 3 OO 175; 50 Oh Ap 43.

## HENSCH v METROPOLITAN SAV & L CO

Ohio Appeals, 7th Dist, Mahoning Co

Decided Jan 28,, 1935

John W. Bricker, Atty. Gen., Columbus, R. R. Zurmehly, Columbus, and Geo. N. Graham, Pros. Atty., Canton, for plaintiff in error.

John F. Cholley, Canton, for defendant in error.

For full opinion see 2 OO 533; 50 Oh Ap 18.

Russell G. Mock, Youngstown, for plaintiffs.

Barnum, Hammond, Stephens & Hoyt, Youngstown, and H. C. Waller, Youngstown, for defendant.

## WELLER v WORSTALL

Ohio Appeals, 5th Dist, Muskingum Co

Decided Nov 30, 1934

For full opinion see 3 OO 418; 50 Oh Ap 25.